Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
*(Briefly Describe the property to be searched or identify the person by name and address)*

The person of Glenwood Arthur Bringle as well as the property located at 3 Wilcox Drive, Bagdad, Arizona, 86321, including any outbuildings or containers on the lot, and a 2015 White Kia Optima, plate number: BPH2268

Case No. 21-8280 MB

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _Arizona_____.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

**The Affidavit of Agent Ryan Harp is incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____11-19-21_____.
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

_On duty in Az._
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for____ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _11-5-21 10:23 AM_         _____[signature]_____
                                                                   *Judge's signature*

City and State: Phoenix, AZ_____          Honorable John Z. Boyle, U.S. Magistrate Judge
                                                                   *Printed name and title*

## ATTACHMENT A

*Property to be Searched*

The property to be searched is the person of Glenwood Arthur Bringle as well as the property located at 3 Wilcox Drive, Bagdad, Arizona 86321, including any outbuildings or containers on the lot, and a 2015 White Kia Optima, plate number: BPH2268. The property is a single-story ranch home; it has wood siding and is peach and white in color. The front of the house faces Northeast. It has a wooden front door, white in color with a small window centered on the door. Additionally, two large bay windows are on both sides of the front door. On the left side (Southeast side), there is a patio door, as well as two smaller windows toward the rear (South end) of the residence. The residence backs up to a hill. There are two metal cargo containers on the rear of property which are tan in color, as well as a wooden structure on the left rear (South) end of the property. Photographs which were taken on November 1, 2021, are provided below:



1





## ATTACHMENT B

*Evidence To Be Seized*

Fruits, evidence, information, contraband, or instrumentalities, in whatever form and however stored, evidencing Aiming a Laser Pointer at an Aircraft, in violation of 18 U.S.C. § 39A, including:

    a.    Any laser pointer

    b.    Proof of purchase of laser pointer/device, including documents or receipts

           i.  Records, documents, or other information indicating planning, intent, state of mind, or motive to commit the lasering offenses.

    c.    Any packaging or physical materials the laser pointer came in.

    d.    Any documents, papers, or physical materials evidencing Bringle is the sole owner or occupant of the residence.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of the items seized may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, FBI may deliver a complete copy of the seized, copied, or disclosed items to the custody and control of attorneys for the government and their support staff for their independent review.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____     _____
                                    Executing officer's signature

                                    _____
                                    Printed name and title

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>The person of Glenwood Arthur Bringle as well as the property located at 3 Wilcox Drive, Bagdad, Arizona, 86321, including any outbuildings or containers on the lot, and a 2015 White Kia Optima, plate number: BPH2268 | Case No. 21-8280MB |
|---|---|

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

**As further described in Attachment A.**

Located in the _____ District of __Arizona__, there is now concealed (*identify the person or describe the property to be seized*):

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 39A | Aiming a Laser Pointer at an Aircraft |

The application is based on these facts:
**The Affidavit of Agent Ryan Harp is incorporated herein by reference.**

☐ Continued on the attached sheet.
☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA __Kevin C. Hakala__ *KCH*

*Ryan S. Harp*
Applicant's Signature

SA Ryan Harp, FBI
Applicant's printed name and title

Date and time issued: 11-5-21 @ 10:23 AM.

Judge's signature

City and State: Phoenix, Arizona

Honorable John Z. Boyle, U.S. Magistrate Judge
Printed name and title

## ATTACHMENT A

*Property to be Searched*

The property to be searched is the person of Glenwood Arthur Bringle as well as the property located at 3 Wilcox Drive, Bagdad, Arizona 86321, including any outbuildings or containers on the lot, and a 2015 White Kia Optima, plate number: BPH2268. The property is a single-story ranch home; it has wood siding and is peach and white in color. The front of the house faces Northeast. It has a wooden front door, white in color with a small window centered on the door. Additionally, two large bay windows are on both sides of the front door. On the left side (Southeast side), there is a patio door, as well as two smaller windows toward the rear (South end) of the residence. The residence backs up to a hill. There are two metal cargo containers on the rear of property which are tan in color, as well as a wooden structure on the left rear (South) end of the property. Photographs which were taken on November 1, 2021, are provided below:

## **ATTACHMENT B**

*Evidence To Be Seized*

Fruits, evidence, information, contraband, or instrumentalities, in whatever form and however stored, evidencing Aiming a Laser Pointer at an Aircraft, in violation of 18 U.S.C. § 39A, including:

    a.    Any laser pointer

    b.    Proof of purchase of laser pointer/device, including documents or receipts

           i. Records, documents, or other information indicating planning, intent, state of mind, or motive to commit the lasering offenses.

    c.    Any packaging or physical materials the laser pointer came in.

    d.    Any documents, papers, or physical materials evidencing Bringle is the sole owner or occupant of the residence.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of the items seized may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, FBI may deliver a complete copy of the seized, copied, or disclosed items to the custody and control of attorneys for the government and their support staff for their independent review.

## AFFIDAVIT OF PROBABLE CAUSE

I, Ryan Harp, being duly sworn, depose and state the following:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed for eleven months. During my training at the FBI Academy, Quantico, Virginia, I received instruction in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. As an SA of the FBI, I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18.

2. I am assigned to the Joint Terrorism Task Force (JTTF) Threat Mitigation Squad and Airport Team for FBI- Phoenix and Phoenix Sky-Harbor. In the course of my official duties, I am charged with the investigation of crimes involving the violation of offenses under Title 18, including counter-terrorism and threat-to-life cases. Additionally, I investigate criminal offenses under Title 18 involving violations on-board and/or directed towards aircrafts. The following information was developed by me and/or provided to me by other law enforcement officers, and other persons, in connection with the FBI investigation. The information contained in this affidavit is from my personal knowledge, as well as from information provided to your affiant by other law enforcement officers and/or witnesses, including those listed herein. Due to the fact that this affidavit is being made to establish probable cause, your affiant has not listed each and every fact known regarding this investigation.

3.      The facts of this case, briefly summarized, are that on October 5, 2021, in Bagdad, Arizona, in the District of Arizona, there is probable cause to believe that Glenwood Arthur Bringle ("Bringle"), committed the offense of Aiming a Laser Pointer at an Aircraft, in violation of 18 U.S.C. § 39A.

4.      On October 5, 2021, at approximately 8:33 p.m., U.S. Air Force F-16 pilots Captain Wesley Reid ("Reid") and Captain Michael Radosevich ("Radosevich") conducted a simulated target training exercise in military airspace in the vicinity of Bagdad, Arizona. Reid was struck with a green laser beam in his cockpit from a ground source. Both Reid and Radosevich turned off their aircraft's external lights. Reid and Radosevich used their targeting pod under night vision and were able to identify the laser source and generate coordinates of its originating location. Reid identified a single person using a handheld green laser to track their aircraft. Yavapai County Sheriff's Office received the call at approximately 8:36 p.m. on October 5, 2021. Deputy RS Rivera (Badge #6356) responded to the coordinates provided (N 34 34.243 W 113 10.736) which correlated to 3 Wilcox Drive, Bagdad, Arizona 86321. Deputy Rivera was familiar with Bringle, the sole occupant and homeowner of 3 Wilcox Drive. Deputy Rivera arrived and noticed the back door to the residence was open and the driver's door to a white Kia Optima parked under the carport, owned by Bringle, was open as well. Deputy Rivera initially contacted Bringle by phone and stated he was outside Bringle's residence. Upon contact with Deputy Rivera, Bringle immediately stated, "I plead the fifth". However, Bringle continued to speak to Deputy Rivera on his own volition.

5.      I am seeking a warrant to search for and seize evidence of these federal crimes committed by Bringle believed to be present on his person, in his residence located at 3

Wilcox Drive, Bagdad, Arizona, 86321, and in his vehicle, a 2015 KIA Optima, plate number: BPH2268 (collectively, the "subject premises," as described further in Attachment A).

## PROBABLE CAUSE

6. On October 5, 2021, at approximately 8:36 p.m., Bringle was contacted by Yavapai County Sheriff's Deputy RS Rivera. Bringle advised Deputy Rivera he was upset that the aircraft were flying over his home. Bringle stated he was concerned the aircraft would crash as they purportedly crashed on his friend's property. Bringle claimed the aircraft flying over his house nearly broke his windows. Bringle stated that he wanted to talk to someone with the Air Force and also stated, "I kinda like the practice." Deputy Rivera asked, "With what? With the laser?" Bringle responded, "Day or night, whatever, these things work all the time." When Deputy Rivera advised Bringle he cannot laser the aircraft, Bringle replied, "It's not lasering, it's like an SOS". When asked if he used a laser to send an SOS, Bringle walked away from Deputy Rivera.

7. On October 15, 2021, Captain Michael Radosevich provided a sworn statement. Radosevich observed a green laser coming from a few hundred yards from their training target location. Radosevich turned off his external lights on his aircraft and the lasing ceased. Radosevich turned the lights back on and the lasing began again from the same originating location. Captain Reid used his targeting pod to get grid coordinates (N 34 34.243, W 113 10.736) as the lasing source. Reid had the individual in his targeting pod for 10 minutes. Captain Reid scanned approximately 200 yards around the lasing source and did not see any other people.

- 3 -

8. Grid coordinates (N 34 34.243, W 113 10.736) and imagery provided by Captain Reid correspond with the property located at 3 Wilcox Drive, Bagdad, Arizona 86321. Based on law enforcement reports and Sheriff's Deputy Rivera, Glenwood Bringle is the sole owner and occupant of 3 Wilcox Drive, Bagdad, Arizona 85020, as further described below and in Attachment A.

9. Using law enforcement databases, I have determined that Glenwood Arthur Bringle resides at 3 Wilcox Drive, Bagdad, Arizona 86321. This is the same address at which Deputy Rivera spoke with Bringle the night of the incident. I took photographs of the residence, which are included in Attachment A.

10. Shortly after receiving the call on October 5, 2021, Deputy Rivera arrived at Bringle's residence. Bringle's back door was open, as well as the driver's door to a white Kia Optima parked under the attached carport. Using law enforcement databases, I have determined that Bringle owns a 2015 Kia Optima, Arizona license plate BPH2268, VIN: 5XXGR4A68FG493366. Deputy Rivera spoke with the neighbor at 5 Wilcox Drive for approximately 10-15 minutes. Deputy Rivera verified no one from 5 Wilcox Drive was outside at the time of the lasering incident and that the occupants of the residence at 5 Wilcox Drive did not own or possess a laser. When Deputy Rivera returned to 3 Wilcox Drive, Bringle was standing outside and the driver's door on the Kia Optima was closed.

11. In addition to items in the subject premises that may constitute evidence, fruits and/or instrumentalities of the crimes set forth in this Affidavit, your Affiant also requests permission to seize any articles tending to establish the identity of persons who have dominion and control over the subject premises, including rent receipts, utility bills, telephone bills, addressed mail, personal identification, keys, purchase receipts, sale receipts,

photographs, vehicle pink slips, and vehicle registration. Notes as to how the criminal conduct was achieved; records of purchasing devices in order to further criminal activity, including payment receipts; and other records that indicate the nature of the offense.

## CONCLUSION

12. Based on the aforementioned factual information, and your Affiant's training and experience, your Affiant submits that probable cause exists to search the subject premises, further described in Attachment A, for the things described in Attachment B, which are evidence, fruits, and instrumentalities of violations of the target offenses.

13. This affidavit is being sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have reviewed the affidavit and attest that there is sufficient evidence to establish probable cause that the defendant the crimes alleged.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

| | |
|---|---|
| 11/05/2021 | *Ryan S. Harp* |
| Date | Ryan Harp, Special Agent, FBI |

Sworn to and subscribed telephonically:

Date/Time: 11-5-21

HON. John Z. Boyle
United States Magistrate Judge